IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DISTRICT OF COLUMBIA FOR THE USE AND BENEFIT OF Z-MODULAR, LLC<br>  227 W. Monroe Street<br>  Suite 2600<br>  Chicago, IL 60606<br><br>    Plaintiff,<br><br> v.<br><br>MCN BUILD, INC.<br>  1214 28th Street, NW<br>  Washington, DC 20007<br><br>    Defendant. | Jury Trial Demanded |

## COMPLAINT

Plaintiff Z-Modular, LLC, by its undersigned counsel, brings this action against MCN Build, Inc, Defendant, and for cause says:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different States.

2. Venue lies in the District of Columbia pursuant to 28 U.S.C. § 1391(b)(1) and (2) because the sole Defendant resides in the District of Columbia and the events and omissions giving rise to the claims occurred in the District of Columbia.

## PARTIES

3. Plaintiff Z-Modular, LLC ("Z-Modular") is a limited liability company, organized and existing under the laws of the State of Delaware. Z-Modular is engaged in the business of

designing, engineering, and constructing modular buildings. Z-Modular has a single member, Z-Modular Holding, Inc., which is organized and existing under the laws of Delaware and has its principal place of business at 29059 Lake Rd, Bay Village, OH 44140.

4.  Defendant MCN Build, Inc. ("MCN") is a corporation, organized and existing under the laws of the District of Columbia, with its principal place of business located at 1214 28th Street, NW, Washington, DC 20007. MCN is a construction company.

## STATEMENT OF FACTS

5.  In or before May 2017, Defendant MCN contracted with the District of Columbia to build two multi-family housing developments. The first development is located at 5004 D Street, SE, Washington, DC ("Ward 7 Project") and the second is located at 4225 6th Street, SE, Washington, DC ("Ward 8 Project") (collectively, "Projects").

6.  Between May and July 2017, MCN and Z-Modular negotiated the terms of agreements whereby Z-Modular would provide modular units for the Ward 7 Project and the Ward 8 Project.

7.  On or around June 14, 2017, MCN's Senior Project Manager, Kai Bough, requested that Z-Modular begin designing modular multi-family housing units prior to MCN and Z-Modular entering into a formal written agreement and assured Z-Modular that MCN would covers Z-Modular's design costs.

8.  On or around July 13, 2017, MCN's Senior Project Manager, Frank Lefler, sent Z-Modular letters of intent for the Ward 7 Project and the Ward 8 Project. These letters authorized Z-Modular to commence with the design, engineering and construction of multi-family housing units for the Ward 7 Project and the Ward 8 Project.

9. On or about August 30, 2017, MCN and Z-Modular entered into a contract for the Ward 7 Project ("Ward 7 Agreement"). Pursuant to the Ward 7 Agreement, Z-Modular agreed to design, engineer, and construct modular components for the Ward 7 Project.

10. Under the Ward 7 Agreement, MCN agreed to pay Z-Modular the sum of $3,674,268 in installments upon the completion of certain milestones defined in the Ward 7 Agreement.

11. On or about August 30, 2017, MCN and Z-Modular entered into a contract for the Ward 8 Project ("Ward 8 Agreement"). Pursuant to the Ward 8 Agreement, Z-Modular agreed to design, engineer, and construct modular components for the Ward 8 Project.

12. Under the Ward 8 Agreement, MCN agreed to pay Z-Modular the sum of $5,673,357 in installments upon the completion of certain milestones defined in the Ward 8 Agreement.

13. On or about October 4, 2017, MCN forwarded a Delay Notice to Z-Modular with respect to the Ward 7 Project. Even though Z-Modular had only been formally working on the Ward 7 Project for approximately one month, MCN notified Z-Modular that it was "behind schedule and in jeopardy of threatening the project critical path."

14. In response, Z-Modular attempted to collaborate with project teams to come up with a recovery schedule for the Ward 7 Project. However, Z-Modular was unable to come up with a recovery schedule due to MCN's failure to hire other necessary subcontractors and obtain permits that were necessary for Z-Modular to progress with its work

15. In or about February 2018, Z-Modular requested that MCN schedule a meeting with the Owner to enable Z-Modular to explain its process and provide the Owner with a realistic update regarding status and scheduling.

16. On or about March 10, 2018, MCN advised that it was reducing the scope of Z-Modular's work on the Ward 7 Project and the Ward 8 Project.

17. On or about March 14, 2018, Z-Modular requested a meeting with MCN to finalize pricing for the modular units and MCN agreed.  However, forecasting pricing proved more difficult than anticipated due to uncertainty about prices to be charged by partners involved in fabrication and logistics.

18. Notwithstanding this uncertainty, MCN's co-founder and Vice-President of Operations, Bassem Boustany, assured Z-Modular that MCN would cover any costs incurred by Z-Modular in expediting and finishing its scope.  Mr. Boustany directed Z-Modular to do whatever was necessary to complete its scope.

19. Z-Modular worked diligently to get prices from subcontractors so Z-Modular could provide firm numbers regarding pricing to MCN.

20. On or about May 2, 2018, MCN's Senior Project Manager, Frank Lefler, traveled to Toronto Canada for a meeting with Z-Modular.  During this meeting, Z-Modular informed Mr. Lefler again about the difficulties obtaining pricing from subcontractors.  Mr. Lefler instructed Z-Modular to proceed and assured Z-Modular that it would be compensated for all work performed and materials provided.

21. Z-Modular completed its work on the Ward 7 Project on or about June 22, 2018.

22. Upon completing the Ward 7 Project, Z-Modular was comfortable providing a forecast of expenses for the Ward 8 Project.

23. On or about July 9, 2018, Z-Modular billed MCN $3,123,127.80 for amounts due for the Ward 7 Project and $3,876,793.30 for amounts due for the Ward 8 Project.  These amounts included $2,666,266 for work that was not in Z-Modular's original scope.

24. Z-Modular completed its work on the Ward 8 Project on or about August 2, 2018.

25. On or about August 21, 2018, Z-Modular inquired about the status of its invoice and was advised that MCN wanted an accounting of Z-Modular's work.

26. On or about August 28, 2018, Z-Modular contacted MCN and stated that Z-Modular completed all the work within its scope and expected to be compensated in full. MCN's co-founder and Vice-President of Operations, Bassem Boustany, stated that MCN would pay what was due, but believed a reduction of 40% was appropriate due to the scope reduction.

27. On or about September 17, 2018, MCN sent offset costs for the Ward 7 Project and the Ward 8 Project to Z-Modular's Vice President, Derek Henderson. Mr. Henderson reviewed these offset costs and determined they were for work that was not within Z-Modular's scope and, therefore, should not be applied to reduce payments to Z-Modular.

28. On or about September 18, 2018, Z-Modular's Vice President, Derek Henderson, traveled to Washington, DC to meet with MCN personnel and secure payment for the Ward 7 Project and the Ward 8 Project. At this meeting, MCN requested additional support for Z-Modular's charges.

29. On or about September 24, 2018, Mr. Henderson provided MCN with a summary of charges for the Ward 7 Project and the Ward 8 Project.

30. On or about October 10, 2018, Mr. Henderson provided MCN with invoices supporting the amounts that Z-Modular invoiced for the Ward 7 Project and the Ward 8 Project.

31. Between October 10, 2018 and October 17, 2018, Mr. Henderson continued to negotiate with MCN's co-founder and Vice-President of Operations, Bassem Boustany, regarding payment of amounts due to Z-Modular for the Ward 7 Project and the Ward 8 Project. However, those negotiations broke down on or about October 17, 2018.

32. In connection with the Ward 7 Project, Z-Modular expended $3,357,616.50.

33. In connection with the Ward 8 Project, Z-Modular expended $4,060,379.03.

34. Z-Modular's total expenditures for the Projects is $7,417,995.53. MCN is obligated to pay this amount plus 7% for overhead and profit for a total of $7,937,255.22.

35. To date, MCN has only paid Z-Modular $1,402,143.75, leaving an outstanding balance of $6,535,111.47.

36. In or around July 2018, MCN and the Washington, DC Department of General Services ("DGS") agreed to increase the Guaranteed Maximum Price ("GMP") for the Ward 7 Project to $17,899,829.

37. The revised GMP for the Ward 7 Project included $2,025,011 with a description of "Z MODULAR."

38. The revised GMP for the Ward 7 Project included amounts that were intended to account for costs associated with having local subcontractors complete work that was removed from Z-Modular's scope.

39. MCN submitted applications for payment for the Ward 7 Project seeking the full amount of $2,025,011 from DGS with a description of "Z-Modular."

40. In or around July 2018, MCN and DGS agreed to increase the GMP for the Ward 8 Project to $22,699,600.

41. The revised GMP for the Ward 8 Project included $2,160,253 with a description of "Z MODULAR."

6

42. The revised GMP for the Ward 8 Project included amounts that were intended to account for costs associated with having local subcontractors complete work that was removed from Z-Modular's scope.

43. MCN submitted applications for payment for the Ward 8 Project seeking the full amount of $2,160,253 from DGS with a description of "Z-Modular."

44. In or around June 2018, MCN submitted a payment application to DGS seeking $93,476.25 for Z-Modular's bonding costs.

45. In the payment application seeking $93,476.25 for Z-Modular's bonding costs, MCN certified to DGS that MCN would make timely payment of this money to Z-Modular.

46. In or around June 2018, DGS paid MCN $93,476.25 for Z-Modular's bonding costs.

47. To date, MCN has not remitted the $93,476.25 to Z-Modular.

## COUNT I
## (BREACH OF CONTRACT – WARD 7 AGREEMENT)

48. The facts alleged in paragraphs 1 through 47 above are incorporated herein by reference.

49. The Ward 7 Agreement is a binding and enforceable contract.

50. Z-Modular performed all of its obligations under the Ward 7 Agreement.

51. MCN breached the Ward 7 Agreement in that MCN failed and refused to pay Z-Modular in full for labor, services and materials furnished in the prosecution of the work provided pursuant to the Ward 7 Agreement.

52. Z-Modular suffered damages as a direct and proximate result of MCN's breach of contract.

## COUNT II
## (BREACH OF CONTRACT – WARD 8 AGREEMENT)

53. The facts alleged in paragraphs 47 above are incorporated herein by reference.

54. The Ward 8 Agreement is a binding and enforceable contract.

55. Z-Modular performed all of its obligations under the Ward 8 Agreement.

56. MCN breached the Ward 8 Agreement in that MCN failed and refused to pay Z-Modular in full for labor, services and materials furnished in the prosecution of the work provided pursuant to the Ward 8 Agreement.

57. Z-Modular suffered damages as a direct and proximate result of MCN's breach of contract.

## COUNT III
## (QUANTUM MERUIT – WARD 7 PROJECT)

58. The facts alleged in paragraphs 47 above are incorporated herein by reference.

59. Z-Modular provided valuable labor, services and materials that were necessary for MCN to perform and complete its obligations under the Prime Contract for the Ward 7 Project.

60. MCN benefited from Z-Modular's labor, services and materials, including but not limited to the fact that MCN could not have fully performed and completed the Ward 7 Project in the absence of the labor, services and materials that Z-Modular provided.

61. MCN failed and refused to pay Z-Modular for the labor, services and materials provided in connection with the Ward 7 Project.

62. Z-Modular suffered damages and MCN has been unjustly enriched as a result of MCN's failure to pay Z-Modular for the labor, materials and services it provided for the Ward 7 Project.

## COUNT IV
## (QUANTUM MERUIT – WARD 8 PROJECT)

63. The facts alleged in paragraphs 47 above are incorporated herein by reference.

64. Z-Modular provided valuable labor, services and materials that were necessary for MCN to perform and complete its obligations under the Prime Contract for the Ward 8 Project.

65. MCN benefited from Z-Modular's labor, services and materials, including but not limited to the fact that MCN could not have fully performed and completed the Ward 8 Project in the absence of the labor, services and materials that Z-Modular provided.

66. MCN failed and refused to pay Z-Modular for the labor, services and materials provided in connection with the Ward 8 Project.

67. Z-Modular suffered damages and MCN has been unjustly enriched as a result of MCN's failure to pay Z-Modular for the labor, materials and services it provided for the Ward 8 Project.

WHEREFORE, Z-Modular demands judgment against the Defendants MCN, Zurich, and Fidelity in the amount of $6,535,111.47, with prejudgment interest and/or interest under the Ward 7 Agreement and the Ward 8 Agreement, and costs of this action.

Dated: September 27, 2021                     Respectfully submitted,

                                              BAKER & HOSTETLER LLP


                                        By:   /s/ Evan M. Mannering
                                              Evan M. Mannering (DC Bar No. 975452)
                                              BAKER & HOSTETLER LLP
                                              1050 Connecticut Avenue, N.W.
                                              Suite 1100
                                              Washington, DC 20036
                                              emannering@bakerlaw.com
                                              Phone: (202) 861-1500
                                              Fax: (202) 861-1783

        Laurin D. Quiat (*pro hac vice forthcoming*)
        BAKER & HOSTETLER LLP
        1801 California Street
        Suite 4400
        Denver, CO 80202
        lquiat@bakerlaw.com
        Phone: (303) 764-4136
        Fax: (303) 861-7805


        *Attorneys for Z-Modular, LLC*